IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-07-00217-CR

 

DARION RICHARDSON,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 



From the 13th District Court

Navarro County, Texas

Trial Court # 30944

 



MEMORANDUM Opinion



 

            A jury convicted Appellant Darion
Richardson of burglary, and the trial court sentenced him to one year in a
state jail.  Notice of appeal was timely, and the trial judge certified his
right to appeal.

When Richardson’s brief was not timely filed, we
abated this appeal for a hearing in the trial court for a determination of why no
brief had been filed.  On that occasion, the trial court found that Richardson wanted to continue the appeal and admonished counsel to file the brief at the
earliest possible date.  No brief was forthcoming, and we abated the appeal for
a second time.  After a hearing at which Richardson failed to appear, the trial
judge found that Richardson was not communicating with his counsel and that
counsel had abandoned the appeal because of non-cooperation.

            Richardson has not filed his brief.  He
has chosen not to take advantage of the opportunities afforded him.  See Wilson v. State, 39 S.W.3d 390, 391 (Tex. App.—Waco 2001, no pet.) (per curiam).  We
and the trial court have made every effort to protect Richardson’s rights, and
further abatement of this cause would be futile.  See Carroll v. State,
75 S.W.3d 633, 634 (Tex. App.—Waco 2002, no pet.).  We have submitted the
appeal without briefs and have reviewed the record for fundamental error.  See
Tex. R. App. P. 38.8(b)(4); Lott
v. State, 874 S.W.2d 687, 687-88 (Tex. Crim. App. 1994­); Carroll,
75 S.W.3d at 634.

            Our review of the record discloses no unassigned
fundamental error.  See Lott, 874 S.W.2d at 688.  Accordingly, we affirm
the trial court’s judgment.

 

BILL VANCE

Justice

 

Before
Chief Justice Gray,

Justice Vance, and

Justice Reyna

Affirmed

Opinion
delivered and filed August 6, 2008

Do
not publish

[CR25]